IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20557
Summary Calendar
_____


EDWARD TYLER, JR.,

Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 94-CV-2700
- - - - - - - - - -
February 13, 1996

Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Edward Tyler, Jr., appeals from the affirmance of the Commissioner's decision denying disability insurance benefits under 42 U.S.C. § 405(g). Tyler argues that the Commissioner's decision is not supported by substantial evidence. We have reviewed the record and the district court's opinion and find that the Commissioner's decision is supported by substantial evidence.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.